IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LABORERS LOCAL 236, ALF-CIO,
AFSCME LOCAL 60, AFL-CIO and
JAMIE O'BRIEN,

      Plaintiffs,

v.

SCOTT WALKER, JAMES R. SCOTT,
JUDITH NEUMANN and RODNEY G.
PASCH,

      Defendanst.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-462-wmc

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered granting defendant's motion for judgment on the pleadings and dismissing the complaint.

_____
Peter Oppeneer, Clerk of Court

9/13/13
Date